Lillian B. Hettich, Appellant, *v.* Ernest L. Hettich, Respondent.

Submitted October 8, 1951; decided October 11, 1951.

*George Trosk* for motion.

*Clifton F. Weidlich* opposed.

Motion denied, with leave to renew upon the argument.